# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>      Plaintiff,<br><br>   v.<br><br>ALLEN ELIA, et al.,<br><br>      Defendants. | Case No.  1:14-cv-00726-- -SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>DEADLINE:  August 15, 2014 |

On July 16, 2014, the parties filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.  Accordingly, it is HEREBY ORDERED that:

    1.    All pending matters and dates are VACATED; and

    2.    The parties shall file dispositional documents on or before August 15, 2014.

IT IS SO ORDERED.

Dated:  **July 17, 2014**

                                     UNITED STATES MAGISTRATE JUDGE

1