Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ALLEN ELIA, Trustee of the ALLEN ELIA DECLARATION OF TRUST established March 18, 2002; UPDESH SINGH GILL dba SHOP N SAVE LIQUOR;<br><br>　　　　Defendants. | No.  1:14-cv-00726-AWI-SAB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION;  ORDER** |

　　WHEREAS, no Defendant has filed an answer or motion for summary judgment;

　　WHEREAS, Plaintiff and Defendants have settled the matter;

　　WHEREAS, no counterclaim has been filed;

　　Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: July 24, 2014　　　　　　　　　　　MOORE LAW FIRM, P.C.


　　　　　　　　　　　　　　　　　　　　　*/s/ Tanya E. Moore*
　　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　Ronald Moore

NOTICE OF VOLUNTARY DISMISSAL; [PROPOSED] ORDER

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   July 24, 2014

_____
SENIOR  DISTRICT  JUDGE